# EXHIBIT B

**AMERICAN ARBITRATION ASSOCIATION®** | **INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®**

**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

<u>Exhibit B</u>

| | |
|---|---|
| **Mediation:** If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box ☐. There is no additional administrative fee for this service. | |
| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. | |
| Name of Respondent: Algoma Steel Inc. | |
| Address: 105 West Street | |
| City: Sault Ste Marie, Ontario, Canada | State: Select… | Zip Code: P6A, 7B4 |
| Phone No.: 705 945-2351 | Fax No.: 705-945-2203 |
| Email Address: John.Naccarato@algoma.com | |
| Name of Representative (if known): John Naccarato | |
| Name of Firm (if applicable): N/A | |
| Representative's Address: 105 West Street | |
| City: Sault Ste Marie, Ontario, Canada | State: Select… | Zip Code: P6A, 7B4 |
| Phone No.: 705 945-2351 | Fax No.: 705-945-2203 |
| Email Address: John.Naccarato@algoma.com | |
| The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration. | |
| Brief Description of the Dispute: Respondent Algoma Steel Inc. ("Algoma") has repudiated its Pellet Sale and Purchase Contract ("Contract') with Claimant United States Steel Corporation ("U. S. Steel").  U. S. Steel seeks enforcement of the Contract and all available remedies to it. | |
| Dollar Amount of Claim: $ Approximately $120,000,000 | |
| Other Relief Sought: ☒ Attorneys Fees  ☒ Interest  ☒ Arbitration Costs  ☐ Punitive/Exemplary  ☐ Other: | |
| Amount enclosed: $ 24,500 | |
| Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute: Pursuant to the Contract, the arbitration "shall be conducted before a three (3) member arbitral panel to which each Party shall appoint one (1) neutral arbitrator and then those two (2) arbitrators shall select the third neutral arbitrator." | |
| Hearing locale: Pittsburgh, Pennsylvania, U.S.A. *(check one)* ☐ Requested by Claimant  ☒ Locale provision included in the contract | |

*Please visit our website at www.adr.org/support to file this case online.*
*AAA Customer Service can be reached at 800-778-7879.*



**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| Estimated time needed for hearings overall: | hours or 5 | days |
|---|---|---|

| Type of Business: | |
|---|---|
| Claimant: Corporation | Respondent: Corporation |

| Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other? |
|---|
| Yes |

| Signature (may be signed by a representative): | Date: |
|---|---|
| s/ Jeffrey Baltruzak | 10/6/2025 |

| Name of Claimant: United States Steel Corporation c/o Timothy J. Cornetti |
|---|

| Address (to be used in connection with this case): 600 Grant Street |
|---|

| City: Pittsburgh | State: Pennsylvania | Zip Code: 15219 |
|---|---|---|

| Phone No.: 412-433-1121 | Fax No.: |
|---|---|

| Email Address: TJCornetti@uss.com |
|---|

| Name of Representative: Andy Stanton, Jeffrey Baltruzak, Christopher Pottmeyer, Joseph Ferari |
|---|

| Name of Firm (if applicable): Jones Day |
|---|

| Representative's Address: 500 Grant Street, Suite 4500 |
|---|

| City: Pittsburgh | State: Pennsylvania | Zip Code: 15219 |
|---|---|---|

| Phone No.: 412-391-3939 | Fax No.: 412-394-7959 |
|---|---|

| Email Address: astanton@jonesday.com; jbaltruzak@jonesday.com; cpottmeyer@jonesday.com; jferari@jonesday.com |
|---|

| To begin proceedings, **please file online at www.adr.org/fileonline**. You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee. |
|---|

*Please visit our website at www.adr.org/support to file this case online.*
*AAA Customer Service can be reached at 800-778-7879.*